**Order entered March 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01116-CR

**BRANDON CLYDE KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76511-M**

## ORDER

Before the Court is court reporter Belinda Baraka's March 23, 2019 request for extension of time.  We **GRANT** the request and **ORDER** the reporter's record due on or before **April 26, 2019**.  We caution Ms. Baraka that absent extenuating circumstances, no further extensions will be granted.

/s/     BILL PEDERSEN, III
JUSTICE